IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00467-F

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JERRY LEE PADILLA,

     Defendant.

---

## ORDER GRANTING GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FED. R. CRIM .P. 35

---

This matter is before the Court on the Government's Motion for Reduction of Sentence for Substantial Assistance Pursuant to Fed.R.Crim.P. 35 (Dkt. # 43).  Having reviewed this pleading, the file in this matter, and being otherwise fully advised in the premises, the Court hereby

ORDERS that the motion is GRANTED.   Defendant Padilla's sentence is reduced by 25%, from forty-eight (48) to thirty-six (36) months, as a result of his substantial assistance to the Government.  The Clerk of the Court is directed to prepare an Amended Judgment in accordance with this Order.

IT IS FURTHER ORDERED that the remaining parts of defendant's original sentence remain unchanged.

DATED:  July 14, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____

                              Phillip S. Figa
                              United States District Judge